[No. 13144-1-III.     Division Three.     December 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON
EARL PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 92-1-00129-8, Robert N. Hackett, Jr., J., entered
March 1, 1993. *Affirmed* by unpublished opinion per
Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.


[No. 13186-6-III.     Division Three.     December 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE
CHARLES DUSEK, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-8-01736-5, Kathleen M. O'Connor, J.,
entered April 7, 1993. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Sweeney and Schultheis,
JJ.


[No. 30106-3-I.     Division One.     December 5, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN
FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 91-8-00797-5, Charles Snyder, J. Pro Tem.,
entered January 17, 1992. *Affirmed* by unpublished opinion
per Baker, J., concurred in by Pekelis, C.J., and Agid, J.


[No. 33383-6-I.     Division One.     December 5, 1994.]

DOUGLAS V. CULVER, *Appellant*, v. THE DEPARTMENT
OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-10561-6, Norma Smith Huggins, J., entered
August 24, 1993. *Affirmed* by unpublished opinion per Baker,
J., concurred in by Pekelis, C.J., and Kennedy, J.